

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2017

No. 04-16-00726-CV

**JMJ HOLDING, LLC**,
Appellant

v.

**GRGTX LOBBYING, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-07622
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Appellant's amended motion to reinstate appeal is hereby DENIED.

It is so **ORDERED** on February 28, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court